1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   AZEB ALEMAYEHU,

9                              Plaintiff,                   Case No. C25-0236-RAJ

10          v.                                              REPORT AND RECOMMENDATION

11  BELLWEATHER HOUSING
    ORGANIZATION,

12                              Defendant.

13

14

15          Plaintiff Azeb Alemayehu, proceeding pro se in this civil matter, filed a motion to

16  proceed *in forma pauperis* (IFP) on February 5, 2025.  Dkt. 1.  However, the Court was unable to

    assess the application as written.  Plaintiff indicates that he is unemployed, receives no form of

17  income, and has no money other than ".17 cents" in checking and savings accounts.  *Id.* at 1.

18  Nevertheless, Plaintiff states his monthly expenses are $300,000.  *Id.* at 2.

19          By Order dated February 11, 2025, the Court directed Plaintiff to file an amended IFP

20  application within twenty days of the date of the Order.  Dkt. 4.  The Court directed Plaintiff to

21  provide, in the amended application, complete and detailed financial information, including

22  details on his income and monthly expenses, such as how he meets his monthly expenses without

23

REPORT AND RECOMMENDATION - 1

having a form of income. *Id.* The Order noted that failure to comply may result in denial of IFP or dismissal of this case.

To date, the Court has not received a response to its Order or a completed IFP application from Plaintiff. Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 31, 2025**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 10th day of March, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2