HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AZEB ALEMAYEHU,

    Plaintiff,

v.

BELLWEATHER HOUSING ORGANIZATION,

    Defendant.

CASE NO. 2:25-cv-00236-RAJ

ORDER

THIS MATTER comes before the Court on Plaintiff Azeb Alemayehu ("Plaintiff")'s Motion to Reopen Case, which the Court construes as a motion for reconsideration. Dkt. # 9. For the reasons set forth below, the Court **DENIES** Plaintiff's Motion.

On February 5, 2025, Plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis* ("IFP Application") preceding a Proposed Amended Complaint that asserted vague civil rights violations committed by Defendant Bellweather Housing Organization ("Defendant"). Dkt. ## 1, 5. Specifically, Plaintiff alleged that Defendant caused him physical and emotional pain due to unspecified racist acts. Dkt. # 5 at 5. Plaintiff also

ORDER- 1

sought relief in the amount of $20 billion against the federal government, who was not a party to the case. *Id.* at 7. Magistrate Judge S. Kate Vaughan issued a Report and Recommendation ("the Report") in which she found that the Court should deny the IFP Application, noting that Plaintiff did not comply with a prior directive to submit an amended IFP application within twenty days. Dkt. # 6 at 1. After Plaintiff did not file any objections to the Report, the Court adopted it and issued an Order of Dismissal the following month. Dkt. ## 7, 8. Plaintiff now asks the Court to reopen the case. Dkt. # 9.

Local Civil Rule 7(h) of the Western District of Washington governs motions for reconsideration. Motions for reconsideration are disfavored, and the court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. LCR 7(h)(1). A motion for reconsideration must be filed within fourteen days of the order to which it relates is filed. LCR 7(h)(2).

The Motion is untimely, as Plaintiff filed it over a month after the Court issued its Order dismissing the case. Nonetheless, it lacks merit. Plaintiff offers no specific facts about his case other than a claim that Defendant called him a "monkey" and does not honor his maintenance requests. Dkt. # 9 at 2. He cites to no legal authority supporting his position that the Court should reopen his case. While the Court takes allegations of racism seriously, the underlying facts are not sufficient for this matter to remain in this tribunal.

Accordingly, Plaintiff's Motion to Reopen Case is **DENIED**. Dkt. # 9.

Dated this 1st day of July, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 2